Same case below, 354 Fed. Appx. 763.

Same case below, 364 Fed. Appx. 229.

**No. 09-10921. Carlos Granda, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3488, 177 L. Ed. 2d 1078, 2010 U.S. LEXIS 5246.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 346 Fed. Appx. 524.

**No. 09-10926. Lisa Marie Casey, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3488, 177 L. Ed. 2d 1078, 2010 U.S. LEXIS 5187.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 363 Fed. Appx. 238.

**No. 09-10930. Preston Grice, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3488, 177 L. Ed. 2d 1078, 2010 U.S. LEXIS 5232.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 335 Fed. Appx. 924.

**No. 09-10934. Joselin Castro, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3489, 177 L. Ed. 2d 1078, 2010 U.S. LEXIS 5229.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10942. James Mallard, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3489, 177 L. Ed. 2d 1078, 2010 U.S. LEXIS 5248.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-10944. Michael Walker, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3489, 177 L. Ed. 2d 1078, 2010 U.S. LEXIS 5184.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 377 Fed. Appx. 236.

**No. 09-10947. Antonio D. Fisher, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3489, 177 L. Ed. 2d 1078, 2010 U.S. LEXIS 5216.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 368 Fed. Appx. 543.

**No. 09-10949. Timothy Darnell Blackwell, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3489, 177 L. Ed. 2d 1078, 2010 U.S. LEXIS 5226.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.